IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROVI SOLUTIONS CORPORATION,

Plaintiff,

v.

UNILOC (SINGAPORE) PRIVATE LIMITED, *et al.*,

Defendants.

No. C 11-04216 WHA

**ORDER DENYING STAY OF CASE DEADLINES AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties have submitted a joint stipulation indicating they have executed a settlement agreement and requesting a stay of all deadlines in this case, until January 5, 2012. The parties also seek an order extending the date by which defendants must respond to the complaint to January 5 (Dkt. No. 13).

The request for a stay of all deadlines in this case until January 5, 2012, and for an extension of time until January 5, for defendants to file a response to the complaint is **DENIED**. Until a dismissal is filed, all case deadlines will remain in effect.

**IT IS SO ORDERED.**

Dated: November 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE