IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROVI SOLUTIONS CORPORATION,                    No. C 11-04216 WHA

     Plaintiff,

  v.                                                      **ORDER RE NOTICE OF SETTLEMENT**

UNILOC (SINGAPORE) PRIVATE LIMITED, and UNILOC LUXEMBOURG S.A.,

     Defendants.

                         /

     The Court acknowledges and thanks the parties for their notice of settlement of the captioned matter.

     The hearing on defendants' motion to dismiss is hereby **VACATED**.  Since the motion is fully briefed, the Court will decide the motion on the papers unless a dismissal is promptly filed by January 13.

     **IT IS SO ORDERED.**

Dated:  January 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California